# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　No. 4:16-cr-265-DPM-6

**VICTOR JOSE DIAZ-MOLINA**　　　　　　　　**DEFENDANT**
Reg. No. 31102-009

## ORDER

Diaz-Molina moves to reduce his sentence based on amendments to the Sentencing Guidelines. But he was sentenced to the ten-year statutory mandatory minimum. The Court does not have the authority to reduce his sentence. His motion, *Doc. 356*, is therefore denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

15 December 2023